Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL VIII**

| | | |
|---|---|---|
| Oscar Benítez Rosa<br><br>Recurrido<br><br>vs.<br><br>Walmart Puerto Rico, Inc.<br><br>Peticionaria | KLCE202401111 | ***CERTIORARI***<br>procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Civil Núm.: CG2023CV00306<br><br>Sobre: Despido Injustificado; Represalias; Discrimen por Edad; Daños y Perjuicios |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Adames Soto y la Jueza Santiago Calderón.

Rivera Colón, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 22 de enero de 2025.

El recurso de epígrafe fue presentado el 15 de octubre de 2024, por Walmart Puerto Rico, Inc. (en adelante, peticionario). Iniciado el trámite, dictamos "Resolución" el 22 de octubre de 2024, y concedimos término al recurrido para someter su alegato en oposición. Empero, el 16 de enero de 2025, compareció el peticionario mediante "Moción Informando Desistimiento del Caso", en la cual informa que:

. . . . . . . . .

*1. El caso de epígrafe tiene una Petición de Certiorari pendiente de adjudicar ante este Honorable Tribunal.*

*2. El 9 de enero de 2025, la parte aquí compareciente notificó que las partes habían llegado a un acuerdo en el caso y que estaban en el proceso de redactar y ejecutar el acuerdo de transacción.*

*3. Mediante orden del 10 de enero de 2025, este Honorable Tribunal emitió una Resolución indicando que la parte peticionaria tenía un término perentorio a vencer el 16 de enero de 2025 para solicitar el desistimiento del presente recurso.*

Número Identificador

SEN2025 _____

*4. En consideración al acuerdo entre las partes y la Resolución de este Honorable Tribunal, la parte aquí compareciente muy respetuosamente solicita el desistimiento voluntario del pleito de epígrafe.*

.    .    .    .    .    .    .    .

Atendido lo expuesto, se desestima con perjuicio el presente recurso por el desistimiento del peticionario.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones